1 | John C. Kiehlmeier, Esq. (SBN: 124083)
2 | LAW OFFICES OF JOHN C. KIEHLMEIER
  | P. O. Box 1144
3 | Corona del Mar, California 92625
  | Telephone: (949) 274-4614
4 | Attorney for defendants (see signature page)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) | CASE NO: 1:10-CV-00520 |
|---|---|---|
| Plaintiffs, | ) ) ) | STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; PROPOSED ORDER |
| vs. | ) ) | [Local Rule 144, Fed. R. Civ. P. 6] |
| TECH LOGISTICS CORPORATION d/b/a SYSTEMS LOGISTICS SERVICES, a Texas corporation; SYSTEMS LOGISTICS, INC.; AGRI-COMM EXPRESS, INC., a California corporation; TRUCKING EQUIPMENT COMPANY, INC., a Wisconsin corporation and ELISEO ONTIVEROS VALDEZ, an individual, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

   **IT IS HEREBY STIPULATED** by and between Mark J. Hancock of Sedgwick, Detert, Moran & Arnold LLP, counsel for Plaintiff **ACE AMERICAN INSURANCE COMPANY**, (hereinafter "ACE" or "Plaintiff"), and John C. Kiehlmeier, Esq., Law Offices of John C. Kiehlmeier, counsel for Defendants **TECH LOGISTICS CORPORATION d/b/a SYSTEMS LOGISTICS SERVICES, SYSTEMS LOGISTICS, INC., AGRI-COMM EXPRESS, INC., TRUCKING EQUIPMENT COMPANY, INC., and ELISEO ONTIVEROS VALDEZ** (hereinafter collectively "Defendants") , as

follows:

1. All defendants shall have an extension of time to respond to plaintiff's complaint up to and including May 4, 2010.

**SO STIPULATED.**

**Dated: April 12, 2010.**         **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

**By:** /s/ Mark. J. Hancock
**MARK J. HANCOCK, ESQ.**
**Attorneys for Plaintiff**
**ACE AMERICAN INSURANCE COMPANY**

**Dated: April 12, 2010.**         **LAW OFFICES OF JOHN C. KIEHLMEIER**

**By:** /s/ John C. Kiehlmeier
**JOHN C. KIEHLMEIER, ESQ.**
**attorney for Defendants,**
**TECH LOGISTICS CORPORATION d/b/a SYSTEMS LOGISTICS SERVICES, SYSTEMS LOGISTICS, INC., AGRI-COMM EXPRESS, INC., TRUCKING EQUIPMENT COMPANY, INC., and ELISEO ONTIVEROS VALDEZ**

### ORDER

In accord with the terms of the Stipulation of the parties set forth above, the time for defendants **TECH LOGISTICS CORPORATION d/b/a SYSTEMS LOGISTICS SERVICES, SYSTEMS LOGISTICS, INC., AGRI-COMM EXPRESS, INC., TRUCKING EQUIPMENT COMPANY, INC., and ELISEO ONTIVEROS VALDEZ** to respond to plaintiff's complaint on file in the instant matter is hereby extended up to and including May 4, 2010.

**IT IS SO ORDERED.**

**Dated:   April 15, 2010**         /s/ Sheila K. Oberto
**UNITED STATES MAGISTRATE JUDGE**