| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>BRUCE D. CELEBREZZE Bar No. 102181<br>MARK J. HANCOCK Bar No. 160662<br>ANDREW J. KING Bar No. 253962<br>bruce.celebrezze@sdma.com<br>mark.hancock@sdma.com<br>andrew.king@sdma.com<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>Attorneys for Plaintiff<br>ACE AMERICAN INSURANCE COMPANY | LAW OFFICES OF JOHN C. KIEHLMEIER<br>JOHN C. KIEHLMEIER Bar No. 124083<br>P.O. Box 1144<br>Corona del Mar, California 92625<br>Telephone: (949) 274-4614<br><br>PETRIE, DORFMEIER & MORRIS, LLP<br>SEAN T. O'ROURKE, Bar No. 199420<br>2014 Tulare Street, Suite 830<br>Fresno, CA 93721<br>Telephone: (559) 498-6522<br>Facsimile: (559) 498-6516<br><br>Attorneys for Defendants<br>TECH LOGISTICS CORPORATION, d/b/a SYSTEMS LOGISTICS SERVICES and d/b/a SYSTEMS LOGISTICS; AGRI-COMM EXPRESS, INC.; TRUCKING EQUIPMENT COMPANY, INC.; ELISEO ONTIVEROS VALDEZ.<br><br>WILKINS, DROLSHAGEN & CZESHINSKI LLP<br>JAMES H. WILKINS Bar No. 116364<br>6785 N. Willow Ave.<br>Fresno, CA 93710<br>Telephone: (559) 438-2390<br>Facsimile: (559) 438-2393<br><br>Attorneys for Defendants CONCEPCION GARCIA, and QUETZAL GARCIA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TECH LOGISTICS CORPORATION, d/b/a SYSTEMS LOGISTICS SERVICES and d/b/a SYSTEMS LOGISTICS, a Texas Corporation; AGRI-COMM EXPRESS, INC., a California Corporation; TRUCKING EQUIPMENT COMPANY, INC., a Wisconsin Corporation; ELISEO ONTIVEROS VALDEZ, an individual; CONCEPCION GARCIA, an individual; and QUETZAL GARCIA, a minor child,<br><br>　　　　　Defendants.<br>———————————————<br>And Related Counterclaim. | CASE NO. 1:10−CV−00520−AWI−MJS<br><br>**STIPULATION AND ORDER RE: DEFENDANTS' MOTION TO STAY AND REVISED CASE SCHEDULE**<br><br>**(ECF NOS. 35 & 36)**<br><br>JUDGE: Hon. Anthony W. Ishii<br>MAG. JUDGE: Hon. Michael J. Seng |

SF/1869130v1

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

THIS STIPULATION is entered into by and between plaintiff, ACE American Insurance Company ("Plaintiff"), and defendants Tech Logistics Corporation, d/b/a Systems Logistics Services and d/b/a Systems Logistics, a Texas Corporation; Agri-Comm Express, Inc., a California Corporation; Trucking Equipment Company, Inc., a Wisconsin Corporation; Eliseo Ontiveros Valdez, an individual, Concepcion Garcia, an individual; and Quetzal Garcia, a minor child, ("Defendants"), collectively referred to herein as the "Parties," by and through their attorneys of record and pursuant to Civil Local Rule 143.

WHEREAS, on September 10, 2010, counsel for defendants Tech Logistics Corporation ("TLC"), Trucking Equipment Company, Inc. ("TEC"), Agri-Comm Express, Inc., and Eliseo Valdez (collectively "the TLC defendants") informed counsel for Plaintiff, for the first time, that TLC and TEC were not in good standing in the State of California.

WHEREAS, on September 22, 2010, the TLC defendants filed an ex parte motion to modify the case scheduling order and for a stay of discovery to allow for corporate revivor.

WHEREAS, in their motion, the TLC defendants sought a stay of all discovery, and a continuance of all dates on the case schedule, including the trial itself, in order to allow TLC (but not TEC) time to seek to revive its corporate status from the current "suspended" state.

WHEREAS, on September 27, 2010, Plaintiff filed its opposition to the motion, and argued that the relief sought by TLC was overbroad and that the only changes which should be made to the case schedule were those necessary to protect Plaintiff's interests as a result of TLC's failure to remain in good standing with the Secretary of State.

WHEREAS, the Court held a hearing on defendants' motion on October 1, 2010 and continued the hearing to October 8, 2010.

WHEREAS, at the conclusion of the October 8, 2010 hearing, the Court ordered a 60-day stay of all proceedings in order for TLC to complete its corporate revivor in California.

WHEREAS, the 60-day stay of all proceedings went into effect on October 8, 2010 and will end on December 7, 2010.

WHEREAS, at the October 8, 2010 hearing, the Court directed counsel for the Parties to stipulate to a new case schedule within 10 days.

WHEREAS, the Parties, through their respective counsel, have met and conferred and have agreed to a revised case schedule as set forth below.

WHEREAS, the parties agree that Plaintiff should not suffer prejudice as a result of the stay ordered by the court on October 8, 2010.  To this end, the parties agree that the court should order that: (1) nothing in this stipulation will preclude Plaintiff from seeking such further scheduling relief as may be necessary in this case, including, for example, as a result of discovery issues that arose prior to the stay, or which may arise going forward; and (2) Plaintiff will not be precluded, due, for example, to the passage of time, from introducing any evidence or argument at a postponed trial that Plaintiff would otherwise have been entitled to introduce at a trial held on July 12, 2011.

NOW, THEREFORE, pursuant to Civil Local Rule 143, the Parties jointly request and HEREBY STIPULATE that the case schedule shall be revised as follows:

| Event | Original Date | Revised Date |
|---|---|---|
| Deadline for seeking leave to amend pleadings | October 1, 2010 | **December 17, 2010** |
| Non-expert discovery cutoff | November 1, 2010 | **January 7, 2011** |
| Expert witness disclosure deadline | October 22, 2010 | **January 14, 2011** |
| Supp. expert witness disclosure deadline | November 5, 2010 | **January 28, 2011** |
| Expert witness discovery cutoff | December 6, 2010 | **February 28, 2011** |
| Deadline for filing non-dispositive motions | December 14, 2010 | **March 8, 2011** |
| Deadline for hearing on non dispositive motions | January 26, 2011 | **April 20, 2011** |
| Deadline for filing dispositive motions | February 11, 2011 | **May 2, 2011** |
| Deadline for hearing on dispositive motions | March, 28, 2011 | **June 17, 2011** |
| Pretrial conference | May 18, 2011 | **July 13, 2011** |
| Trial | July 12, 2011 | **September 13, 2011** |

The parties also jointly request and HEREBY STIPULATE that Plaintiff not be precluded from seeking such further scheduling relief as may be necessary in this case, including, for example, as a result of discovery issues that arose prior to the stay, or which may arise going forward. Also, Plaintiff will not be precluded, due, for example, to the passage of time, from introducing any evidence or argument at a postponed trial that Plaintiff would otherwise have been entitled to introduce at a trial held on July 12, 2011.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: October __, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Mark J. Hancock
Mark J. Hancock
Attorneys for Plaintiff
ACE AMERICAN INSURANCE COMPANY

DATED: July ____, 2010          PETRIE, DORFMEIER & MORRIS, LLP

By: /s/ Sean T. O'Rourke
Sean T. O'Rourke

Attorneys for Defendants
TECH LOGISTICS CORPORATION, d/b/a SYSTEMS LOGISTICS SERVICES and d/b/a SYSTEMS LOGISTICS, a Texas Corporation; AGRI-COMM EXPRESS, INC., a California Corporation; TRUCKING EQUIPMENT COMPANY, INC., a Wisconsin Corporation; ELISEO ONTIVEROS VALDEZ, an individual.

/ / /

/ / /

/ / /

/ / /

/ / /

1 | DATED: October __, 2010         WILKINS, DROLSHAGEN & CZESHINSKI LLP

By:  /s/ James H. Wilkins
     James H. Wilkins
     Attorneys for Defendants
     CONCEPCION GARCIA, an individual; and QUETZAL
     GARCIA, a minor child

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

**IT IS SO ORDERED.**

October 20, 2010              /s/ Michael J. Seng
                              U. S. Magistrate Judge

SF/1869130v1

5

CASE NO. 1:10−CV−00520−AWI−MJS
STIPULATION &
ORDER RE: MOTION TO STAY & REVISED CASE SCHEDULE