SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE Bar No. 102181
MARK J. HANCOCK Bar No. 160662
ANDREW J. KING Bar No. 253962
bruce.celebrezze@sdma.com
mark.hancock@sdma.com
andrew.king@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
ACE AMERICAN INSURANCE COMPANY

WILKINS, DROLSHAGEN & CZESHINSKI LLP
JAMES H. WILKINS  Bar No. 116364
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendants CONCEPCION GARCIA, and QUETZAL GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TECH LOGISTICS CORPORATION, d/b/a SYSTEMS LOGISTICS SERVICES and d/b/a SYSTEMS LOGISTICS, a Texas Corporation; AGRI-COMM EXPRESS, INC., a California Corporation; TRUCKING EQUIPMENT COMPANY, INC., a Wisconsin Corporation; ELISEO ONTIVEROS VALDEZ, an individual; CONCEPCION GARCIA, an individual; and QUETZAL GARCIA, a minor child,<br><br>　　　　Defendants.<br>_____<br>And Related Counterclaim. | CASE NO. 1:10−CV−00520−AWI−MJS<br><br>**STIPULATION AND ORDER ON VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CONCEPCION GARCIA AND QUETZAL GARCIA PURSUANT TO FED.R.CIV.P. 41(a)**<br><br>JUDGE: Hon. Anthony W. Ishii<br>MAG. JUDGE: Hon. Michael J. Seng |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Through this stipulation and proposed order, plaintiff ACE American Insurance Company ("Plaintiff") and defendants Concepcion Garcia, an individual and Quetzal Garcia, a minor child, ("Garcia Defendants"), collectively referred to herein as the "Parties," stipulate to the dismissal, without prejudice, of Plaintiff's claims against the Garcia Defendants, pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 143.

SF/2095166v1

CASE NO. 1:10−CV−00520−AWI−MJS
STIPULATION & [PROPOSED] ORDER ON DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST GARCIA DEFENDANTS [FED.R.CIV.P. 41(a)]

WHEREAS, on March 19, 2010, Plaintiff filed a complaint in the above-captioned action asserting claims for rescission, declaratory judgment, and reimbursement of defense fees and costs and indemnity;

WHEREAS, on May 19, 2010, Plaintiff filed its first amended complaint in this action, which added the Garcia Defendants as parties with respect to the claims for rescission and declaratory judgment;

WHEREAS, on June 9, 2010, the Garcia Defendants filed an answer to Plaintiff's first amended complaint;

IT IS HEREBY STIPULATED AND AGREED that Plaintiff dismisses its claims against Concepcion Garcia and Quetzal Garcia, without prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party shall bear his, her, or its own attorneys' fees, costs and expenses accrued or incurred in connection with Plaintiff's claims against the Garcia Defendants in this action.

IT IS FURTHER STIPULATED AND AGREED, pursuant to 28 U.S.C. § 636(c) and in light of his Honor's extensive involvement and familiarity with this action, that the Parties hereto consent to United States Magistrate Judge Michael J. Seng for purposes of the entry of the dismissal of the Garcia Defendants.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: ~~February~~ __, 2011    SEDGWICK, DETERT, MORAN & ARNOLD LLP
       March 15

                                 By:  s/ Mark J. Hancock
                                      Mark J. Hancock
                                      Attorneys for Plaintiff
                                      ACE AMERICAN INSURANCE COMPANY

DATED: ~~February~~ __, 2011    WILKINS, DROLSHAGEN & CZESHINSKI LLP
       March 15

                                 By:  s/ James H. Wilkins
                                      James H. Wilkins
                                      Attorneys for Defendants
                                      CONCEPCION GARCIA, an individual; and QUETZAL
                                      GARCIA, a minor child

SF/2095166v1

2

CASE NO. 1:10−CV−00520−AWI−MJS
STIPULATION & [PROPOSED] ORDER ON DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST
GARCIA DEFENDANTS [FED.R.CIV.P. 41(a)]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing therefor, Plaintiff's claims against defendants Concepcion Garcia and Quetzal Garcia are dismissed, without prejudice. Plaintiff and said defendants Concepcion Garcia and Quetzal Garcia shall each bear his, her, or its own attorneys' fees, costs and expenses accrued or incurred in connection with Plaintiff's claims against the Garcia Defendants in this action.

IT IS SO ORDERED.

Dated:   March 16, 2011          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

SF/2095166v1

3

CASE NO. 1:10−CV−00520−AWI−MJS
STIPULATION & [PROPOSED] ORDER ON DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST
GARCIA DEFENDANTS [FED.R.CIV.P. 41(a)]