| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>BRUCE D. CELEBREZZE Bar No. 102181<br>MARK J. HANCOCK Bar No. 160662<br>ANDREW J. KING Bar No. 253962<br>bruce.celebrezze@sdma.com<br>mark.hancock@sdma.com<br>andrew.king@sdma.com<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>Attorneys for Plaintiff<br>ACE AMERICAN INSURANCE COMPANY | LAW OFFICES OF JOHN C. KIEHLMEIER<br>JOHN C. KIEHLMEIER Bar No. 124083<br>P.O. Box 1144<br>Corona del Mar, California 92625<br>Telephone: (949) 274-4614<br><br>PETRIE, DORFMEIER & MORRIS, LLP<br>SEAN T. O'ROURKE, Bar No. 199420<br>2014 Tulare Street, Suite 830<br>Fresno, CA 93721<br>Telephone: (559) 498-6522<br>Facsimile: (559) 498-6516<br><br>Attorneys for Defendants<br>TECH LOGISTICS CORPORATION, d/b/a SYSTEMS LOGISTICS SERVICES and d/b/a SYSTEMS LOGISTICS; AGRI-COMM EXPRESS, INC.; TRUCKING EQUIPMENT COMPANY, INC.; and ELISEO ONTIVEROS VALDEZ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>TECH LOGISTICS CORPORATION, d/b/a SYSTEMS LOGISTICS SERVICES and d/b/a SYSTEMS LOGISTICS, a Texas Corporation; AGRI-COMM EXPRESS, INC., a California Corporation; TRUCKING EQUIPMENT COMPANY, INC., a Wisconsin Corporation; ELISEO ONTIVEROS VALDEZ, an individual; CONCEPCION GARCIA, an individual; and QUETZAL GARCIA, a minor child,<br><br>      Defendants.<br><br>And Related Counterclaim. | CASE NO. 1:10−CV−00520−AWI−MJS<br><br>**STIPULATION AND ORDER OF RESCISSION**<br><br>JUDGE: Hon. Anthony W. Ishii<br>MAGISTRATE: Hon. Michael J. Seng |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

THIS STIPULATION to Rescission and Order thereon is made by and between plaintiff, ACE American Insurance Company ("ACE"), and defendants Tech Logistics Corporation, d/b/a Systems Logistics Services and d/b/a Systems Logistics, a Texas Corporation ("Tech Logistics"), Agri-Comm Express, Inc., a California Corporation ("Agri-Comm"), Trucking Equipment Company, Inc., a Wisconsin Corporation ("TEC"), and Eliseo Ontiveros Valdez, an individual ("Valdez"), on behalf of themselves, and their parents, subsidiaries, affiliates, divisions, holding companies, successors, predecessors, heirs, and assigns, and all of their respective directors, officers, employees, agents, attorneys, partners, joint venturers, trustees, and representatives (collectively, the "Parties"), by and through their counsel of record and pursuant to Civil Local Rule 143.

## STIPULATED FACTS

The Parties hereto stipulate to the following facts:

1. ACE issued an excess liability insurance policy to Tech Logistics, designated as policy no. XCP N04313732, in reliance on representations contained in the insurance applications submitted to ACE, via its Program Agent, Jeffrey L. Heath Inc., known as Heath XS ("Heath"), by Tech Logistics and/or its authorized agent. This insurance policy is referred to herein as "the Policy."

2. Agri-Comm, TEC, and Valdez were not insureds under the Policy.

3. In the Tech Logistics applications for insurance with ACE, submitted to Heath, it was represented that Tech Logistics did not have any subsidiaries. This representation contained a material omission and/or misrepresentation. At the time of the applications for the Policy, Agri-Comm was a subsidiary of Tech Logistics.

4. In the Tech Logistics applications for insurance with ACE, submitted to Heath, no information was provided in response to a question seeking the "Names of any other affiliated companies to be included for insurance and operations (Attach an explanation of the Relationship and operations of each entity.)." This non-response was a material omission and/or misrepresentation. At the time of the applications for the Policy, Tech Logistics considered

Agri-Comm part of its operations. After the underlying accident, Tech Logistics sought defense and indemnity from ACE for Agri-Comm, and Agri-Comm's driver, Valdez.

5. In the Tech Logistics applications for insurance with ACE, submitted to Heath, it was represented that Tech Logistics hauled motor oil and manufacturing oil. This representation contained a material omission and/or misrepresentation. At the time of the applications for the Policy, Agri-Comm hauled mainly agricultural products, and at the time of the underlying accident, Valdez was hauling rice hulls.

6. In the Tech Logistics applications for insurance with ACE, submitted to Heath, certain statements were made regarding the locations of Tech Logistics' terminals, radius of operations, equipment, and total annual mileage. These representations contained material omissions and/or misrepresentations in that they did not include or reflect the terminals, radius of operations, equipment, or total annual mileage of Agri-Comm.

7. It is stipulated by and between the Parties that, had ACE known the true facts, it would not have issued the Policy to Tech Logistics, or would have issued the Policy subject to materially different terms and conditions.

**STIPULATION TO RESCISSION**

Based on the foregoing Stipulated Facts, the Parties hereto agree that the Policy can and should be rescinded pursuant to California Insurance Code sections 330 *et seq.* and that the Policy may be and is declared void *ab initio*. In consideration for ACE's agreement not to pursue reimbursement of amounts paid on behalf of Tech Logistics, Agri-Comm, and Valdez to resolve the underlying wrongful death action, the Parties hereto further agree that ACE will retain the premium paid by Tech Logistics with respect to the Policy, and interest thereon.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATED CONSENT TO MAGISTRATE JUDGE**

IT IS FURTHER STIPULATED AND AGREED, pursuant to 28 U.S.C. § 636(c) and in light of his Honor's extensive involvement and familiarity with this action, that the Parties hereto consent to United States Magistrate Judge Michael J. Seng for purposes of handling this Stipulation and [Proposed] Order of Rescission.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED:  March 17, 2011          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:  *s/ Andrew J. King*
    Mark J. Hancock
    Attorneys for Plaintiff
    ACE AMERICAN INSURANCE COMPANY


DATED:  March 17, 2011          PETRIE, DORFMEIER & MORRIS, LLP


By:  *s/ Sean T. O'Rourke*
    Sean T. O'Rourke
    Attorneys for Defendants
    TECH LOGISTICS CORPORATION, d/b/a SYSTEMS LOGISTICS SERVICES and d/b/a SYSTEMS LOGISTICS, a Texas Corporation; AGRI-COMM EXPRESS, INC., a California Corporation; TRUCKING EQUIPMENT COMPANY, INC., a Wisconsin Corporation; and ELISEO ONTIVEROS VALDEZ, an individual.

**ORDER OF RESCISSION**

Pursuant to the stipulation of the Parties, the Court, having accepted the Stipulated Facts and finding good cause therefore hereby declares and Orders that ACE Policy No. XCP N04313732 be and hereby is rescinded and void *ab initio*.

IT IS SO ORDERED.

Dated:   March 18, 2011          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE