| | |
|---|---|
| SEDGWICK LLP<br>BRUCE D. CELEBREZZE Bar No. 102181<br>MARK J. HANCOCK Bar No. 160662<br>ANDREW J. KING Bar No. 253962<br>bruce.celebrezze@sedgwicklaw.com<br>mark.hancock@sedgwicklaw.com<br>andrew.king@sedgwicklaw.com<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>Attorneys for Plaintiff<br>ACE AMERICAN INSURANCE COMPANY | LAW OFFICES OF JOHN C. KIEHLMEIER<br>JOHN C. KIEHLMEIER Bar No. 124083<br>P.O. Box 1144<br>Corona del Mar, California 92625<br>Telephone: (949) 274-4614<br><br>PETRIE, DORFMEIER & MORRIS, LLP<br>SEAN T. O'ROURKE, Bar No. 199420<br>2014 Tulare Street, Suite 830<br>Fresno, CA 93721<br>Telephone: (559) 498-6522<br>Facsimile: (559) 498-6516<br><br>Attorneys for Defendants<br>TECH LOGISTICS CORPORATION, d/b/a SYSTEMS LOGISTICS SERVICES and d/b/a SYSTEMS LOGISTICS; AGRI-COMM EXPRESS, INC.; TRUCKING EQUIPMENT COMPANY, INC.; and ELISEO ONTIVEROS VALDEZ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TECH LOGISTICS CORPORATION, d/b/a SYSTEMS LOGISTICS SERVICES and d/b/a SYSTEMS LOGISTICS, a Texas Corporation; AGRI-COMM EXPRESS, INC., a California Corporation; TRUCKING EQUIPMENT COMPANY, INC., a Wisconsin Corporation; ELISEO ONTIVEROS VALDEZ, an individual; CONCEPCION GARCIA, an individual; and QUETZAL GARCIA, a minor child,<br><br>        Defendants.<br>———————————————<br>And Related Counterclaim. | CASE NO. 1:10−CV−00520−AWI−MJS<br><br>**STIPULATION AND ORDER ON VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO FED.R.CIV.P. 41(a)**<br><br>JUDGE: Hon. Anthony W. Ishii<br>MAG. JUDGE: Hon. Michael J. Seng |

SF/2118735v1

CASE NO. 1:10−CV−00520−AWI−MJS
STIPULATION AND ORDER ON VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS
PURSUANT TO FED.R.CIV.P. 41(a)

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 143, through this stipulation and proposed order, plaintiff ACE American Insurance Company ("Plaintiff") and defendants Tech Logistics Corporation, d/b/a Systems Logistics Services and d/b/a Systems Logistics, a Texas Corporation ("Tech Logistics"), Agri-Comm Express, Inc., a California Corporation ("Agri-Comm"), Trucking Equipment Company, Inc., a Wisconsin Corporation ("TEC"), and Eliseo Ontiveros Valdez, an individual ("Valdez") (collectively, "Defendants"), stipulate to the dismissal with prejudice of Plaintiff's claims against Defendants, and the dismissal with prejudice of Defendants' counterclaims against Plaintiff.

WHEREAS, on March 19, 2010, Plaintiff filed a complaint against Defendants in the above-captioned action asserting claims for rescission, declaratory judgment, and reimbursement of defense fees and costs and indemnity;

WHEREAS, on May 4, 2010, Defendants filed an answer to Plaintiff's complaint and asserted counterclaims against Plaintiff for declaratory relief, breach of contract, breach of the duty of good faith and fair dealing, and reformation;

WHEREAS, on May 19, 2010, Plaintiff filed a first amended complaint against Defendants;

WHEREAS, on June 25, 2010, Defendants filed an answer to Plaintiff's first amended complaint;

IT IS HEREBY STIPULATED AND AGREED that Plaintiff dismisses all of its claims against Defendants, with prejudice.

IT IS FURTHER STIPULATED AND AGREED that Defendants dismiss all of their counterclaims against Plaintiff, with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party shall bear his or its own attorneys' fees, costs and expenses accrued or incurred in connection with Plaintiff's claims and Defendants' counterclaims in this action.

/ / /

/ / /

SF/2118735v1

1

CASE NO. 1:10−CV−00520−AWI−MJS
STIPULATION AND ORDER ON VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS
PURSUANT TO FED.R.CIV.P. 41(a)

1  IT IS FURTHER STIPULATED AND AGREED, pursuant to 28 U.S.C. § 636(c) and in light of His Honor's extensive involvement and familiarity with this action, that the parties hereto consent to United States Magistrate Judge Michael J. Seng for purposes of the entry of the dismissal of all claims and counterclaims.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED:  April 4, 2011         SEDGWICK LLP


By:  /s/ *Andrew J. King*
     Mark J. Hancock
     Andrew J. King
     Attorneys for Plaintiff
     ACE AMERICAN INSURANCE COMPANY


DATED:  April 4, 2011         PETRIE, DORFMEIER & MORRIS, LLP


By:  /s/ *Sean T. O'Rourke*
     Sean T. O'Rourke
     Attorneys for Defendants
     TECH LOGISTICS CORPORATION, d/b/a SYSTEMS LOGISTICS SERVICES and d/b/a SYSTEMS LOGISTICS, a Texas Corporation; AGRI-COMM EXPRESS, INC., a California Corporation; TRUCKING EQUIPMENT COMPANY, INC., a Wisconsin Corporation; and ELISEO ONTIVEROS VALDEZ, an individual.

SF/2118735v1

2

CASE NO. 1:10−CV−00520−AWI−MJS
STIPULATION AND ORDER ON VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS
PURSUANT TO FED.R.CIV.P. 41(a)

**<u>ORDER</u>**

Pursuant to the stipulation of the parties, and good cause appearing therefore, Plaintiff's claims against Defendants Tech Logistics, Agri-Comm, TEC and Valdez, and Defendants' counterclaims against Plaintiff are dismissed, in their entirety, with prejudice, with each party to bear his or its own attorney's fees, expenses, and costs.

IT IS SO ORDERED.

Dated:   April 5, 2011                              /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE

SF/2118735v1

3

CASE NO. 1:10−CV−00520−AWI−MJS
STIPULATION AND ORDER ON VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS
PURSUANT TO FED.R.CIV.P. 41(a)